# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 26-0239V**

JAMSHID ASTANOV,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: September 28, 2026

*Jimmy A. Zgheib, Zgheib Sayad, P.C., White Plains, NY, for Petitioner.*

*Leslie Rene Snider, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On February 11, 2026, Jamshid Astanov filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered bilateral shoulder injuries related to vaccine administration ("SIRVA") following a influenza and tetanus vaccinations he received on November 15, 2024. Petition at 1. Petitioner further alleges that both shoulder injuries have persisted for longer than six months. *Id.* at ¶24. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 23, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Respondent "recommends that Petitioner be found entitled to compensation

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

for left- and right-sided SIRVA claims. Petitioner had no history of pain, inflammation, or dysfunction of his left or right shoulders prior to vaccination that would explain Petitioner's post-vaccination symptoms; shoulder pain occurred within forty-eight hours after receipt of an intramuscular flu vaccination and intramuscular Tdap vaccination; shoulder pain and reduced ROM were limited to the sides in which the vaccines were administered; and no other condition or abnormality has been identified to explain Petitioner's bilateral shoulder pain." *Id.* at 7. Respondent further agrees that "based on the current record, Petitioner has satisfied all requirements for compensation under the Act." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master